

ANDREW CUDDY
MANAGING ATTORNEY
ACUDDY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2404

KEVIN MENDILLO
ASSOCIATE ATTORNEY
KMENDILLO@CUDDYLAWFIRM.COM
DIRECTDIAL 315-370-2408

August 2, 2020

Hon. Paul Gardephe
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2204
New York, NY 10007

MEMO ENDORSED:

The application is granted. The August 6, 2020 conference is adjourned to October 8, 2020 at 10:30 a.m.

SO ORDERED.

*Paul S. Gardephe*

Dated: August 3, 2020

Re:   K.M. et al. v. N.Y.C. Dep't of Educ.
      20-cv-934 (PGG) (OTW)

Dear Judge Gardephe,

    I am counsel for the Cuddy Law Firm, PLLC, attorneys for Plaintiff K.M. in the above-referenced action wherein plaintiff seeks attorney's fees and related costs following an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

    I write to respectfully request a 30-day adjournment of the Initial Conference currently scheduled for August 6, 2020. The parties have been making progress in settlement negotiations but require additional time in our attempts to finalize settlement. This is the second request for an adjournment of the Initial Conference.

    The COVID-19 situation has complicated settlement efforts. Namely, as previously pointed out in a letter filed by Defendant (EFC No. 11) the fiscal impact of the COVID-19 situation has resulted in the City's termination of a number of its employees who handled all fee litigation under the Individuals with Disabilities Education Act.

    The additional 30 days should provide the parties with additional time to attempt to resolve this matter in its entirety.

    Therefore, Plaintiff respectfully requests that the Initial Conference be adjourned to September 8, 2020, or another date determined to be appropriate by the Court.

2

Thank you for your consideration.

Respectfully submitted,

_____s/_____
Kevin M. Mendillo
Attorney for Plaintiff


cc:     All Counsels of Record (ECF)