

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **AMY CHYAO**<br>Tel: (646) 951-2605<br>achyao@law.nyc.gov |

January 25, 2021

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: January 25, 2021

**By ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: K.M. o/b/o T.W. v. N.Y.C. Dep't of Educ.
1:20-cv-00934 (PGG) (OTW)

Dear Judge Gardephe:

I am an Assistant Corporation Counsel in the office of Corporation Counsel, James E. Johnson, at the New York City Law Department, attorney for the Defendant in the above-referenced action. I write to respectfully inform the Court that the parties have fully resolved this matter. Therefore we respectfully request that the Pretrial Conference scheduled for January 28, 2021 and the parties' deadline to submit dates for a settlement conference, along with the motion deadlines, be canceled.

Today, the parties submitted a fully executed stipulation of settlement.

Thank you for considering this submission.

Respectfully submitted,

Amy Chyao
Theresa Dernbach

cc: Kevin Mendillo (via ECF)
    Attorney for Plaintiffs